UNITED STATES DISTRICT COURT
District of Maine

| HECTOR MOJICA, | ) | |
|---|---|---|
| Movant | ) | |
| v. | ) | 2:07-cr-95-GZS |
| | ) | 2:10-cv-228-GZS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 4, 2011, her Recommended Decision (Docket No. 529). Movant filed his Objection to the Recommended Decision (Docket No. 546) on April 18, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Movant's 28 U.S.C. § 2255 motion (Docket No. 498) is **DENIED**.

3. It is hereby **ORDERED** that no certificate of appealability shall issue in the event that Movant files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal  
U.S. District Judge

Dated this 6th day of May, 2011.